No. 298. PEYTON PACKING CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Eugene T. Edwards* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 300. DVORKIN *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Court of Claims denied. *Mr. Fred B. Rhodes* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Joseph B. Goldman* for the United States.

No. 301. ARNER COMPANY, INC. ET AL. *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Clinton Robb* and *Herbert S. Avery* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 304. EUGENE DIETZGEN CO. *v.* FEDERAL TRADE COMMISSION. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Arthur M. Cox* and *William E. Lamb* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Charles H. Weston, Matthias N. Orfield,* and *W. T. Kelley* for respondent.

No. 308. WAGONER *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of